1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SCOTT E. RADCLIFFE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

8  Attorney for Defendant
   ROBERT APOLINAR
9

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15 UNITED STATES OF AMERICA,        ) Mag. No. 11-05 EFB
                                    )
16              Plaintiff,          )
                                    ) STIPULATION AND ORDER TO CONTINUE
17      v.                          ) INITIAL APPEARANCE
                                    )
18 ROBERT APOLINAR,                 )
                                    ) Date:  March 14, 2011
19              Defendant.          ) Time:  10:00 a.m.
                                    ) Judge: Hon. Edmund F. Brennan
20 _____  )

21     The United States of America, by and through its counsel David

22 Stevens, Assistant United States Attorney, together with defendant,

23 Robert Apolinar, by and through his counsel Linda Harter, Chief

24 Assistant Federal Defender, stipulate to continue the initial

25 appearance, scheduled for March 14, 2011 at 10:00 a.m., to April 18,

26 2011 at 10:00 a.m.

27 ////

28

1     Defense counsel has been in contact with Mr. Apolinar. Mr. Apolinar
2 agrees that the continuance will not prejudice him and is necessary to
3 gather further documentation showing that he is required to attend a
4 rehabilitation program which does not permit him to leave the facility.

Dated:  March 11, 2011          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Linda C. Harter
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                SCOTT RADCLIFFE
                                Certified Law Student
                                Attorney for Defendant
                                ROBERT APOLINAR


Dated: March 11, 2011           BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ David Stevens
                                David Stevens
                                Special Assistant U.S. Attorney


                            ORDER

IT IS SO ORDERED.

Dated: March 11, 2011.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE


Stipulation and Order            -2-